# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

POLY-FLEX INC.,

          Plaintiff,

v.

          Case No. 16-CV-158-JPS

TOTER LLC,

          Defendant.

**ORDER**

On April 5, 2017, the parties filed a joint motion to dismiss this action, noting that they have settled all relevant matters. (Docket #22). The parties request that the dismissal be with prejudice and without costs or attorney's fees assessed to either party. *Id.* The Court will grant the request. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint motion to dismiss this action (Docket #22) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

Dated at Milwaukee, Wisconsin, this 11th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge